No. 216.   CLARENCE H. VENNER ET AL., PLAINTIFFS IN ERROR, *v.* THE DENVER UNION WATER COMPANY ET AL. In error to the Supreme Court of the State of Colorado. Motion to dismiss or affirm submitted January 30, 1911. Decided February 20, 1911.   *Per Curiam.*   Writ of error dismissed for want of jurisdiction.   *Farrell* v. *O'Brien,* 199 U. S. 100; *Waters-Pierce Oil Co.* v. *State of Texas,* 212 U. S. 112; *King* v. *West Virginia,* 216 U. S. 92; *Griffith* v. *Connecticut,* 218 U. S. 563.   *Mr. Elijah N. Zoline* and *Mr. Caldwell Yeaman* for plaintiffs in error.   *Mr. Arthur H. Van Brunt, Mr. Gerald Hughes, Mr. Frederick D. Van Vorst* and *Mr. Joel F. Vaile* for defendants in error.